UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JENNIFER LYNN GLOVER,

    Plaintiff,

vs.	Case No. 19-CV-327

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____/

## PETITION FOR REMOVAL

    Defendant, FLORIDA DEPARTMENT OF CORRECTIONS, by and through the undersigned attorney, represents that:

    1.    This action is brought pursuant to 29 U.S.C. §701 *et seq*. This Defendant is a party in an action now pending in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, in which JENNIFER LYNN GORDON, is the Plaintiff, and the causes of action stated in this Complaint is violation of the Rehabilitation Act of 1973 under federal law.

    2.    The complaint states a claim of violation of the Rehabilitation Act of 1973.

    3.    This Court has jurisdiction by reason of the federal claims brought by the Plaintiff.

    4.    Defendant desires to remove such action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States

District Court for the Northern District of Florida, Tallahassee Division, and states that the matter became removable on June 25, 2019, the date that Defendant was served with a copy of the Complaint.

5. With this Petition is filed a copy of the complete court file and the proceedings in state court constituting all process, pleadings and orders served upon this Defendant.

FLORIDA DEPARTMENT OF CORRECTIONS, prays that such action be removed to the United States District Court for the Northern District of Florida, Tallahassee Division.

DATED this 16th day of July, 2019.

THOMPSON, CRAWFORD & SMILEY

/s/ Thomas R. Thompson

_____
THOMAS R. THOMPSON, ESQUIRE
Florida Bar No. 890596
tom@tcslawfirm.net
rebecca@tcslawfirm.net
Mallory R. Bennett, Esquire
Florida Bar No. 0124039
mallory@tcslawfirm.net
Post Office Box 15158
Tallahassee, FL 32317
(850) 386-5777
Fax: (850) 386-8507
ATTORNEY FOR DEFENDANT

STATE OF FLORIDA, TALLAHASSEE, TO WIT:

I HEREBY CERTIFY that on this 16th day of July, 2019, before me, a notary public in and for the State aforesaid, personally appeared Thomas R. Thompson, Attorney for Defendant, who has read the foregoing Petition for Removal and acknowledged the contents thereof to be true to the best of his knowledge, information, and belief.


(SEAL)                                                          _____
                                                                         Notary Public, State of Florida


Personally Known _____        _____
Identification Produced _____         Print Name of Notary Public


## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been sent by electronic filing to Marie A. Mattox, Esq., at marie@mattoxlaw.com and michelle@mattoxlaw.com on this 16th day of July, 2019.

/s/ Thomas R. Thompson
_____
Thomas R. Thompson, Esq.